No. 14,034.

Pettit *v*. Denver Joint Stock Land Bank et al.
(69 P. [2d] 1118)

Decided June 14, 1937. Rehearing denied July 6, 1937.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Hilliard and Mr. Justice Bakke participating.

Mr. John C. Nixon, Mr. Herbert E. Mann, for plaintiff in error.

Mr. Thomas A. Nixon, Mr. David J. Miller, Mr. J. Donovan Stapp, Mr. Glenn A. Laughlin, Mr. William R. Baab, Mr. Robert G. Smith, for defendants in error.